**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE CATHOLIC BOOKSTORE,
INC. d/b/a Queen of Angels Catholic
Bookstore,

    Plaintiff,

v.                                      Case No. 3:23-cv-192-TJC-MCR

CITY OF JACKSONVILLE,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Queen of Angels Catholic Bookstore's Complaint (Doc. 1) and Motion for Preliminary Injunction (Doc. 4). Defendant City of Jacksonville has been served and has appeared. (Docs. 17–18, 21). Accordingly, it is hereby

**ORDERED:**

1. No later than **March 21, 2023**, Defendant shall respond to Plaintiff's Motion for Preliminary Injunction (Doc. 4).

2. No later than **April 4, 2023**, Plaintiff may file a reply of no more than ten pages.

3. An **IN-PERSON** hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 4) is hereby **SET** for **April 24, 2023** at **2:00 PM** before the

undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] The hearing will be limited to legal arguments, affidavits, and exhibits.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.