# EXHIBIT A

# Electronic Articles of Incorporation
# For

THE CATHOLIC STORE, INC.

P17000000112
FILED
December 29, 2016
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
    THE CATHOLIC STORE, INC.

## Article II
The principal place of business address:
    11018 OLD ST. AUGUSTINE RD.
    JACKSONVILLE, FL. US  32257

The mailing address of the corporation is:
    11018 OLD ST. AUGUSTINE RD.
    JACKSONVILLE, FL. US  32257

## Article III
The purpose for which this corporation is organized is:
    ANY AND ALL LAWFUL BUSINESS.CATHOLIC STORE SELLING BOOKS AND GIFTS

## Article IV
The number of shares the corporation is authorized to issue is:
    100

## Article V
The name and Florida street address of the registered agent is:
    CHRISTIE  DETRUDE
    11018 OLD ST. AUGUSTINE RD
    JACKSONVILLE, FL.   32257

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   CHRISTIE DETRUDE

P17000000112
FILED
December 29, 2016
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

CHRISTINE HARMS
11018 OLD ST. AUGUSTINE RD.

JACKSONVILLE, FL 32257

Electronic Signature of Incorporator:   CHRISTINE HARMS

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
CHRISTIE  DETRUDE
11018 OLD ST. AUGUSTINE RD.
JACKSONVILLE, FL.   32257

## Article VIII

The effective date for this corporation shall be:

01/09/2017