# EXHIBIT B

## Queen of Angels Catholic Bookstore
## Pronoun and Title Policy

As a Catholic bookstore, Queen of Angels seeks to follow Catholic beliefs when interacting with customers and the public. It is therefore the official policy of Queen of Angels Catholic Bookstore that owners, and employed staff, while working for the bookstore, may only use pronouns and titles that align with the biologically originating sex of the person being referenced, whether the individual is a co-worker, customer, or any member of the public visiting or interacting with the bookstore.  This would apply to in person, phone, online, or any other means of communications. The use of "gender neutral" pronouns or neologisms when requested by such referenced persons as noted above, to describe an individual's identity contrary to someone's biologically originating sex, e.g.  "they," "ze," or "Mx.," is also prohibited.

Should someone interacting with the bookstore request a pronoun or form of address that would violate our policy, employees should respectfully and charitably decline, and instead use a form of address that does not contradict someone's biologically originating sex, such as the person's first or last name.

This policy is important to maintain the integrity of and alignment with Catholic beliefs of Queen of Angels' Catholic Bookstore and to promote these beliefs in the spirit of evangelization.  Employees should direct any questions about the interpretation of this policy to Christie DeTrude, owner.