# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| The Catholic Store, Inc. d/b/a Queen of Angels Catholic Bookstore,<br><br>    *Plaintiff,*<br><br>v.<br><br>City of Jacksonville,<br><br>    *Defendant.* | Civil Action No: 3:23-cv-00192-TJC-MCR |

## PLAINTIFF QUEEN OF ANGELS' ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION

1. Admit Plaintiff operates for a profit.

**RESPONSE:** Admitted.

2. Admit Plaintiff sells only non-secular products.

**RESPONSE:** Denied.

3. Admit Plaintiff's Articles of Incorporation state its purpose is selling Catholic books and gifts.

**RESPONSE:** Admitted.

4. Admit Plaintiff is not owned by a formally religious entity.

**RESPONSE:** Admitted.

5. Admit Plaintiff is not affiliated with a formally religious entity.

1

**RESPONSE:** Admitted.

    6.    Admit Plaintiff is not financially supported by a formally religious entity.

**RESPONSE:** Admitted.

    7.    Admit Plaintiff does not have a formally religious entity participating in its management.

**RESPONSE:** Admitted.

    8.    Admit Plaintiff holds itself out to the public as non-secular.

**RESPONSE:** Admitted.

    9.    Admit Plaintiff regularly includes prayer in its activities.

**RESPONSE:** Admitted.

    10.    Admit Plaintiff regularly includes other forms of worship other than prayer in its activities.

**RESPONSE:** Objection. The request is vague and ambiguous. The request does not adequately define the word "worship" in terms of what the bookstore conducts in its store. Worship is sometimes thought of as discrete religious acts or rites traditionally associated with a formal church service, such as prayer, singing, communion, and sermons. However, many Catholics and people of faith, including Queen of Angels' owner, view their daily work, activities throughout the day, and acts of evangelism or sharing the Gospel as forms of worship. Queen of Angels' employees regularly engage in evangelism throughout the day. But in terms of discrete acts of worship traditionally associated with a formal church service, daily prayer is the only organized form of worship regularly conducted in Queen of Angels' activities.

    11.    Admit Plaintiff serves the local Catholic Diocese.

**RESPONSE:** Admitted in part.

    12.    Admit the Catholic faith shapes the entire business of Plaintiff, including its website.

**RESPONSE:** Admitted.

13. Admit the primary purpose of Plaintiff is to promote the Catholic faith.

**RESPONSE:** Admitted.

14. Admit the mission of Plaintiff is to spread the Gospel of the Catholic faith.

**RESPONSE:** Admitted.

15. Admit Plaintiff promotes the Catholic faith in everything it sells to the public.

**RESPONSE:** Objection. The request is vague and ambiguous. It is not clear from the language of the request whether Defendant is asking about Plaintiff's motivation for selling products to the public, which is always to promote the Catholic faith, or whether Defendant is asking whether every single product itself promotes the Catholic faith, which is true for the vast majority of products but not all.

16. Admit Plaintiff does not sell goods that do not promote the Catholic faith.

**RESPONSE:** Denied as stated. Queen of Angels does not sell any goods that conflict with or contradict the Catholic faith, and the vast majority of the goods it sells actively promote the Catholic faith. It sells a very limited number of items that, on their face, neither promote nor conflict with the Catholic faith, such as potato chips, plain chain necklaces, and stuffed animals.

17. Admit Plaintiff views itself as an extension of the Catholic Church.

**RESPONSE:** Admitted.

18. Admit Plaintiff has participated in converting at least one of its customers to the Catholic Faith.

**RESPONSE:** Admitted.

3

19. Admit Plaintiff submits prayers to the local clergy and Catholic churches.

**RESPONSE:** Admitted.

4

## Certificate of Service

I hereby certify that on the 17th day of August, 2023, a true and correct copy of the foregoing was served on all counsel of record who are participants in the Court's ECF filing system.

By: *s/Henry W. Frampton, IV*
Henry W. Frampton, IV
South Carolina Bar No. 75314*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: 480–444–0020
hframpton@ADFlegal.org

*Attorney for Plaintiff*
* Admitted *Pro Hac Vice*
