# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| The Catholic Store, Inc. d/b/a Queen of Angels Catholic Bookstore,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Jacksonville,<br><br>*Defendant*. | Civil Action No: 3:23-cv-00192-TJC-MCR |

## PLAINTIFF QUEEN OF ANGELS' ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

1. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 1 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** As a matter of corporate form, Queen of Angels is organized as a for-profit corporation under Florida law with its principal place of business in Jacksonville, Florida. *See* Verified Am. Compl. ¶ 6. Whether and to what extent Queen of Angels actually makes a profit varies from year to year.

2. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 2 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** The vast majority of the items Queen of Angels sells are distinctly religious. But Queen of Angels sells some limited secular items in addition to religious items in the categories of food, candles, books, cosmetics, and gifts. *See* Verified Am. Compl. ¶ 7. In each of these categories, there are a few secular products in addition to religious products. For example, the bookstore sells some food items. Some of those items have a

1

clear connection to the Catholic faith, such as peanut butter made by the monks of St. Meinrad Archabbey, and coffee roasted by the Catholic Coffee company. Some do not, such as Route 11 potato chips. For another example, with respect to jewelry, the vast majority of items are clearly religious. But the bookstore also sells plain chain necklaces so that customers buying charm crosses and medals don't have to go somewhere else to buy a chain for them. Of course, a customer can also purchase a plain chain necklace for non-religious use.

3. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 3 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels' Articles of Incorporation lists its purpose as a "Catholic Store selling books and gifts." Verified Am. Compl. ¶ 10.

4. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 4 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels is owned by Christie DeTrude, an individual citizen and resident of Florida. Verified Am. Compl. ¶ 8.

5. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 5 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels is owned by Christie DeTrude, an individual citizen and resident of Florida. Verified Am. Compl. ¶ 8.

6. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 6 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels is a for-profit bookstore and is not the corporate parent, subsidiary, or affiliate of a church, religious non-profit organization, or any other entity. Verified Am. Compl. ¶¶ 6, 9. Queen of Angels receives profits from selling Catholic-oriented goods. *Id.* ¶ 7.

7. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 7 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels is a for-profit bookstore and is not the corporate parent, subsidiary, or affiliate of a church, religious non-profit organization, or any other entity. Verified Am. Compl. ¶¶ 6, 9.

8. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 8 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels holds itself out to the public as religious. Its sign for the store reads "Catholic Store," and both its website and its in-store displays are overtly and obviously religious. Furthermore, Queen of Angels' Catholic beliefs shape every aspect of the store, including its products, its website content, and the customer interactions. Verified Am. Compl. ¶ 20.

9. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 9 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels conducts prayer throughout the day. Verified Am. Compl. ¶¶ 36–41.

10. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 10 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels conducts organized prayer throughout the day. Verified Am. Compl. ¶ 36–41. The employees voluntarily attend mass before work. *Id.* ¶ 35. Many Catholics and people of faith, including Queen of Angels' owner, view their daily work, activities throughout the day, and acts of evangelism or sharing the Gospel as forms of worship. In terms of discrete acts of worship traditionally associated with a formal church service, daily prayer is the only organized form of worship regularly conducted in Queen of Angels' activities.

11. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 11 in detail, including all material facts supporting that response and/or objections.

3

**ANSWER:** Queen of Angels has served the Diocese of St. Augustine since it opened its doors in 2003. Verified Am. Compl. ¶ 15. But Queen of Angels serves the Diocese in the same way it serves other customers, by providing Catholic resources to the Jacksonville community while earning a profit through the selling of books and gifts.

12. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 12 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels' Catholic beliefs shape every aspect of the business. Verified Am. Compl. ¶ 20.

13. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 13 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels' Articles of Incorporation lists its purpose as a "Catholic Store selling books and gifts." Verified Am. Compl. ¶ 10. The bookstore's purpose is to promote the Catholic faith by selling Catholic-oriented goods and providing the Jacksonville community with Catholic resources while earning a profit through the selling of books and gifts.

14. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 14 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels' mission is to spread the truth of the Gospel to people outside the church while earning a profit through the selling of books and gifts. Verified Am. Compl. ¶ 21.

15. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 15 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** The material facts supporting the objection are contained in the answer to Request for Admission No. 15 and the answer to Interrogatory No. 2.

16. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 16 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** The material facts supporting the answer are contained in the answer itself, the answer to Request for Admission No. 15, and the answer to Interrogatory No. 2.

17. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 17 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels is a for-profit organization organized under Florida law. *Id.* ¶ 6. The bookstore views itself as an extension of the Catholic church. *Id.* ¶ 34. In other words, as a person of faith, the bookstore's owner views her activities related to the bookstore as an effort to promote the Catholic faith and Catholic church. However, the bookstore is not the corporate parent, subsidiary, or affiliate of a church, religious non-profit organization, or any other entity. *Id.* ¶ 9.

18. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 18 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels' employees have seen customers come to the Catholic faith through interactions with the store and its employees. *Id.* ¶ 45.

19. Please explain the reasons and basis for your response and/or objections to Request for Admission No. 19 in detail, including all material facts supporting that response and/or objections.

**ANSWER:** Queen of Angels passes prayer requests to the local priests and churches in the area. *Id.* ¶ 54.

## Certificate of Service

I hereby certify that on the 17th day of August, 2023, a true and correct copy of the foregoing was served on all counsel of record who are participants in the Court's ECF filing system.

By: *s/Henry W. Frampton, IV*
Henry W. Frampton, IV
South Carolina Bar No. 75314*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: 480–444–0020
hframpton@ADFlegal.org

*Attorney for Plaintiff*
* Admitted *Pro Hac Vice*

## PLAINTIFF'S SIGNATURE PURSUANT TO FED. R. CIV. P. 33

Plaintiff Queen of Angels declares that the answers to the interrogatories above are true and correct to the best of its knowledge.

*Christie DeTrude* (signature)

Christie DeTrude
On behalf of Queen of Angels
Catholic Bookstore