**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE CATHOLIC BOOKSTORE,
INC. dba Queen of Angels Catholic
Bookstore,

    Plaintiff,

v.                                           Case No. 3:23-cv-192-TJC-MCR

CITY OF JACKSONVILLE,

    Defendant.

## O R D E R

This case is before the Court on the parties' jointly proposed Consent Order and Declaration. (Doc. 49). While the Court accepts that the parties have settled the case, the Court will not enter the proposed Consent Order and Declaration as written. The proposed Consent Order is in the form of a judicial opinion that says the Court has resolved the case by declaring "Plaintiff Queen of Angels is a religious organization under Jacksonville's religious-organization exemption" to the Human Rights Ordinance (HRO). However, while the Court raised this issue and asked for briefing from the parties, the Court has not determined the issue on the merits and cannot sign a Consent Order that requires the Court to render a precedential decision that "resolves the pending summary-judgment motion." If the parties wish to settle by agreeing between

themselves that the HRO does not apply to the Plaintiff, the Court is amenable to that disposition. Accordingly, it is hereby

**ORDERED:**

No later than **November 9, 2023**, the parties shall file appropriate settlement documents consistent with this Order.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record